# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

CR 07 0588

UNITED STATES OF AMERICA,

v.

JESUS SALCIDO-CORONEL
a/k/a Jesus Gumaro Salcido

DEFENDANT.

# INDICTMENT

A true bill.

_____
Foreman

Filed in open court this 13TH day of
September 2007

_____
Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**PENALTY:**
Maximum Prison Term of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**

▶ JESUS SALCIDO-CORONEL, a/k/a Jesus Amparo Salcido

**DISTRICT COURT NUMBER**

CR 07 0588 WHA

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DEREK R. OWENS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed: 3/28/2007

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7  E-filing
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11               SAN FRANCISCO DIVISION                **WHA**
12
13 | UNITED STATES OF AMERICA,    **CR**  ) Criminal No.  **07      0588**
14 |         Plaintiff,                  )
                                         ) VIOLATION: 8 U.S.C. § 1326 – Illegal
15 |    v.                               ) Reentry by an Alien After Deportation
                                         )
16 | JESUS SALCIDO-CORONEL,               )
        a/k/a Jesus Gumaro Salcido,      ) SAN FRANCISCO VENUE
17 |                                     )
           Defendant.                    )
18 |_____)
19
20                    I N D I C T M E N T
21 The Grand Jury charges:
22     On or about March 28, 2007, the defendant,
23                  JESUS SALCIDO-CORONEL,
24                  a/k/a Jesus Gumaro Salcido,
25 an alien, having been previously excluded, deported and removed from the United States to
26 Mexico, was found in the Northern District of California, the Attorney General of the United
27 States or the Secretary for the Department of Homeland Security not having expressly consented
28 to a reapplication by the defendant for admission into the United States, in violation of Title 8,

INDICTMENT                          1

1  United States Code, Section 1326.

2

3  DATED:                                      A TRUE BILL.

4

5                                              FOREPERSON

6

7

8  SCOTT N. SCHOOLS
   United States Attorney

9

10
   GREGG W. LOWDER
11 Deputy Chief, Major Crimes Division

12

13

14 (Approved as to form: _____ )
                         AUSA OWENS
15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                           2