# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: September 18, 2007

Case No.:  CR 07-0588 WHA

Title:  UNITED STATES -v- JESUS SALCIDO-CORONEL (custody)

Appearances:

      For the Government:  Derek Owens

      For the Defendant(s):  Geoff Hansen

Deputy Clerk:  Dawn Toland           Court Reporter:  Catherine Edwards

### PROCEEDINGS

1)  Trial Setting - HELD


Case continued to  **10/23/07 at 2:00 pm**  for Change of Plea/Sentencing

**ORDERED AFTER HEARING:**

Parties agree to a Fast Track disposition.   Speedy trial date is 12/3/07.