## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: October 23, 2007

Case No.: ~~CR 03-00205 WHA~~  CR 07-538 WHA

Title:  UNITED STATES -v- JESUS SALCIDO-CORONEL (custody)

Appearances:

For the Government:  Tom Mazzucco

For the Defendant(s):  Geoff Hansen

US Probation Officer:  Sara Black

Deputy Clerk: Dawn Toland                    Court Reporter:  Juanita Gonzalez

### PROCEEDINGS

1)  Change of Plea/Sentencing - HELD

2)  _____

**ORDERED AFTER HEARING:**

Defendant filed a Plea Agreement and Application for Permission to Enter a Guilty Plea. Defendant entered a guilty plea to Count One of the Indictment.

JUDGMENT: Defendant is committed to the BOP for 37 months. Defendant is placed on supervised release for 3 years with the following special conditions: 1) comply w/rules and regulations of Immigration and Customs, if deported, not reenter US; 2) not possess any weapons; 3) cooperate in collection of DNA; and 4) pay $100 special assessment.